753 A.2d 701

IN THE MATTER OF RICHARD D. BENNETT,
AN ATTORNEY AT LAW.

June 29, 2000.

### ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **RICHARD D. BENNETT**, formerly of **WEST ORANGE**, who was admitted to the bar of this State in 1958;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) and (b), *RPC* 1.3, and *RPC* 1.4(a) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RICHARD D. BENNETT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.